UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| KEN LAKE, | ) | |
| Plaintiff, | ) | 3:03-cv-00550-LRH (VPC) |
| v. | ) | O R D E R |
| E. K. McDANIEL, et al., | ) | |
| Defendants. | ) | |

The court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#72) entered on February 13, 2007, in which the Magistrate Judge recommends that the Defendants' Motion for Judgment on the Pleadings for Failure to Join an Indispensable Party (#60) be denied, and Plaintiff's Motion to Strike Defendants' Motion for Judgment on the Pleadings (#62) and Motion to Attach Exhibits to Motion to Strike (#66) be denied as moot. No objections to the Report and Recommendation of U.S. Magistrate Judge have been filed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

1  ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#72); therefore, Defendants' Motion for Judgment on the Pleadings for Failure to Join and Indispensable Party (#60) is denied and Plaintiff's Motion to Strike Defendants' Motion for Judgment on the Pleadings (#62) and Plaintiff's Motion to Attach Exhibits to the Motion to Strike (#66) are denied as moot.

IT IS SO ORDERED.

DATED this 23rd day of March, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2